11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Thomas L. Titus

Appellant

Vs.                   No.
11-02-00209-CV B
Appeal from Dallas County

Better Inlets
Plus

Appellee

 

Appellant
has filed in this court a motion to dismiss his appeal.  Appellant states that the trial court has
granted his motion for new trial and that this appeal is now moot.  The motion is granted.  TEX.R.APP.P. 42.1.

The
appeal is dismissed.

 

PER CURIAM

 

August 8, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.